UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARREN FORTUNATO,<br><br>              Plaintiff,<br><br>vs.<br><br>THE CBE GROUP, INC.; STATE COLLECTION SERVICE, INC.; DOES 1 through X,<br><br>              Defendants. | CASE NO.:   2:11-cv-1232-LRH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff DARREN FORTUNATO, in proper person, and Defendants THE CBE GROUP, INC., and STATE COLLECTION SERVICE, INC., by and through their undersigned attorney, JOSEPH P. HARDY, of the law firm of Gordon & Rees LLP, hereby stipulate that the above-entitled matter be dismissed in its entirety with prejudice, due to private settlement and each party to bear its own fees and costs.

///

///

///

///

///

///

///

///

-1-

Trial in this matter has not been set, and no motions are pending.

DATED this 14th day of October, 2011.　　　　DATED this 4 day of October, 2011.

GORDON & REES LLP

*[signature]*　　　　*[signature]*

JOSEPH P. HARDY　　　　DARREN FORTUNATO
Nevada Bar No. 7370　　　　50 Brandermill Drive
3770 Howard Hughes Parkway, Suite 100　　　　Henderson, Nevada 89052
Las Vegas, Nevada 89169

*Attorneys for Defendants*　　　　*Plaintiff in Proper Person*

**ORDER**

IT IS SO ORDERED.

DATED this 18th day of October, 2011.

*[signature]*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE